# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 380 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1679 EDA |
| | : | 2019 entered on March 22, 2021, |
| SAMIR SAUNDERS, | : | **affirming, vacating and** |
| | : | **remanding** the Judgment of |
| Petitioner | : | Sentence of the Bucks County Court |
| | : | of Common Pleas at No. CP-09-CR- |
| | : | 0002212-2018 entered on April 26, |
| | : | 2019 |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 381 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1572 EDA |
| | : | 2019 entered on March 22, 2021, |
| TIMOTHY DESHAN DAVIS, | : | **affirming, vacating and** |
| | : | **remanding** the Judgment of |
| Petitioner | : | Sentence of the Bucks County Court |
| | : | of Common Pleas at No. CP-09-CR- |
| | : | 0004661-2017 entered on May 3, |
| | : | 2019 |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 382 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1180 EDA |
| | : | 2019 entered on March 22, 2021, |
| VERNON GEORGE KLINE, | : | **affirming, vacating and** |
| | : | **remanding** the Judgment of |
| Petitioner | : | Sentence of the Bucks County Court |
| | : | of Common Pleas at No. CP-09-CR- |

|  |  |  |
|---|---|---|
|  | : | 0007906-2017 entered on July 30, |
|  | : | 2018 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 383 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1184 EDA |
| | : | 2019 entered on March 22, 2021, |
| KEITH THOMAS MORRIS, | : | **vacating and remanding** the Order |
| | : | of the Bucks County Court of |
| Petitioner | : | Common Pleas at No. CP-09-CR- |
| | : | 0005089-2017 entered on March 18, |
| | : | 2019 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 384 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1218 EDA |
| | : | 2019 entered on March 22, 2021, |
| CHRISTOPHER L. HENNEGHAN, | : | **vacating and remanding** the Order |
| | : | of the Bucks County Court of |
| Petitioner | : | Common Pleas at No. CP-09-CR- |
| | : | 0007376-2017 entered on March 18, |
| | : | 2019 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 385 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1243 EDA |
| | : | 2019 entered on March 22, 2021, |
| DARRIUS J. PRINCE, | : | **affirming, vacating and** |
| | : | **remanding** the Judgment of |
| Petitioner | : | Sentence of the Bucks County Court |
| | : | of Common Pleas at No. CP-09-CR- |
| | : | 0000025-2018 entered on August 6, |
| | : | 2018 |

## **ORDER**

**PER CURIAM**                                                                                    **DECIDED: August 9, 2024**

     **AND NOW**, this 9th day of August, 2024, the Petitions for Allowance of Appeal are **GRANTED**, the orders of the Superior Court are **VACATED**, and the cases are **REMANDED** to the Superior Court for reconsideration in light of the Court's decision in *Commonwealth v. Torsilieri*, __ A.3d __, 2024 WL 2789201 (Pa. filed May 31, 2024).